# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Wayne D. Hill, Jr.                          Docket No. 5:14-MJ-1058-1

### Petition for Action on Probation

      COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wayne D. Hill, Jr., who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 3, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 8, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 72 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On October 29, 2014, the defendant submitted a drug test which was later found to be positive for the use of cocaine. He was confronted with the positive and admitted to the use. He stated he relapsed and agreed to any measures to help him control his problem. He is currently in treatment and we would like to modify his supervision to include a drug aftercare condition. This will allow us to monitor his drug use more closely and give us additional treatment options if needed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

    Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Van R. Freeman, Jr.
> Van R. Freeman, Jr.
> Senior U.S. Probation Officer
> 310 Dick Street
> Fayetteville, NC 28301-5730
> Phone: (910) 483-8613
> Executed On: November 18, 2014

### ORDER OF COURT

Considered and ordered this  20th  day of   November      , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge