UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Wayne D. Hill Jr.     Docket No. 5:14-MJ-1058-1

**Petition for Action on Probation**

COMES NOW Van R. Freeman, Jr., Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Wayne D. Hill Jr., who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating NCGS 20-138.1 Driving While Impaired Level 3, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge on April 8, 2014, to 12 months of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 6, 2015, the defendant was charged with stealing three bottles of beer from a store in Fayetteville, NC. The charges are pending trial in Cumberland County. The defendant readily admitted to the offense. We recommend as a sanction that he serve two days in jail and that his supervision be extended for three months. He is currently in treatment. The extension will allow us to monitor him for a longer period for any more substance abuse issues. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. That the defendant's probation be extended for 90 days from April 7, 2015, to July 7, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2542
Executed On: March 9, 2015

**ORDER OF THE COURT**

Considered and ordered this __9th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge