UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Wayne D. Hill Jr.**                                    **Docket No. 5:14-MJ-1058-1**

**Petition for Action on Probation**

COMES NOW Van R. Freeman, Jr., Deputy Chief U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Wayne D. Hill Jr., who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired Level 3, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge on April 8, 2014, to 12 months of probation under the conditions adopted by the court.

On November 20, 2014, the court added a drug aftercare condition in response to the defendant's use of cocaine. On March 9, 2015, the court extended supervision for 90 days from April 7, 2015, to July 7, 2015, and added a two day jail term in response to the defendant's being charged with misdemeanor larceny.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 11, 2015, the defendant tested positive for the use of cocaine. We have referred him to an additional treatment program and will continue to drug test him. Additionally, we recommend his supervision be extended to allow us sufficient time to evaluate his progress. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. That the defendant's probation be extended for an additional 90 days from July 7, 2015, to October 7, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Deputy Chief U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2542
Executed On: June 1, 2015

**ORDER OF THE COURT**

Considered and ordered this __1st__ day of _____June_____, 2015 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge